United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MOHAMMED SUBHANI,

    Plaintiff,

v.

JPMORGAN CHASE BANK, et al.,

    Defendants.

_____/

No. C 12-01857 RS

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 4/20/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER