1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR # 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 MOHAMMED SUBHANI,                    Case No.: 3:12-cv-01857-WHA

13        Plaintiff,                    PLAINTIFF'S EX PARTE MOTION TO
                                        RESTRICT ACCESS
14 vs.

15                                      Judge:    Honorable William H. Aslup
   CHASE BANK USA, NATIONAL
16 ASSOCIATION AN FDIC INSURED
   CORPORATION AND DOES 1-100
17 INCLUSIVE,

18        Defendants.

19

20      Plaintiff Mohammed Subhani, through his attorney of record Sagaria Law, P.C.

21 hereby moves this Honorable Court by way of Ex Parte motion pursuant to Local Rule

22 7-10 for the entry of an Order restricting the access of the public and therefore states as

23 follows:

24      1. On April 13, 2012, the Court entered a "Notice of Removal" from the

25         Contra Costa Superior Court as reflected by docket number 1.

26      2. The above named document inadvertently contains a name, social

27         security number, date of birth, and/or an account number which is

28         prohibited by Federal Rules of Civil Procedure 5.2(a).

Wherefore, Plaintiff respectfully requests this Honorable Court to enter an Order directing the Clerk to restrict electronic access to the document referenced above.

Dated:  June 25, 2012                          _/s/ Elliot Gale_
                                               Elliot Gale, Esq.
                                               Attorney for Plaintiff