SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SUBHANI,<br><br>   Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>   Defendants. | Case No.: 3:12-cv-01857-WHA<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO RESTRICT ACCESS<br><br>Judge:   Honorable William H. Aslup |

   This matter came before this Honorable Court by way of Ex Parte motion by Plaintiff Mohammed Subhani requesting this Honorable Court to restrict access to docket number 1.

   IT IS HEREBY ORDERED that the motion to restrict access is granted and the Clerk shall restrict access to docket number 1.

***END OF ORDER***

<u>COURT SERVICE LIST</u>

All Parties Receive Electronic Notice